UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, <br> United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> TEXAS VETERAN SECURITY, LLC and <br> GERARD X. MORALES, Individually and Jointly, <br> Defendants. | NO:   SA:21-CV-01155-OLG |

MOTION TO ENTER CONSENT JUDGMENT

Comes now Plaintiff and submits this Motion to Enter Consent Judgment and would show the Court as follows:

1. The parties have reached an agreement to resolve this matter.

2. The parties have signed a Consent Judgment and now seek for the Court to enter the judgment on this matter. The Consent Judgment is attached hereto for the Court's consideration.

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully asks that the Court grant this motion and enter the Consent Judgment.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | SEEMA NANDA<br>Solicitor of Labor |
|  | JOHN RAINWATER<br>Regional Solicitor |
| U.S. Department of Labor<br>Office of the Solicitor<br>525 Griffin Street, Suite 501<br>Dallas, Texas 75202<br>Telephone: (972) 850-3142<br>Hairston.amy.s@dol.gov<br>Eakins.lacee.c@dol.gov | KARLA J. EDWARDS<br>Counsel for Wage and Hour<br><br>By:<br><br>*/s/ Amy S. Hairston*<br>AMY S. HAIRSTON<br>Senior Trial Attorney<br>Texas Bar No. 24027954<br>LACEE CAITLYN EAKINS<br>Trial Attorney<br>Texas Bar No. 24121611 |
| RSOL Case No. 0640-22-00018 | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, a true and correct copy of the foregoing Motion to Enter Consent Judgment was e-filed using the Court's ECF system and served to Defendants' attorney via email at:

Allison Hartry
The Morales Firm
6243 W. Interstate 10, Suite 132
San Antonio, Texas 78201
ahartry@themoralesfirm.com

*/s/ Amy S. Hairston*
AMY S. HAIRSTON
Senior Trial Attorney